UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jermaine J. Howard,

             Plaintiff,

- against -

Shawn Jay-Z Carter,

             Defendant.

---

25-cv-5623 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was October 6, 2025. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **October 30, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **October 20.**

**SO ORDERED.**

Dated:    New York, New York
            October 15, 2025

                                                *John G. Koeltl*
                                                John G. Koeltl
                                          **United States District Judge**