UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jermaine J. Howard,                        25-cv-5623 (JGK)

        Plaintiff,              ORDER

  - against -

Shawn Jay-Z Carter,

        Defendant.

---

**JOHN G. KOELTL, District Judge:**

Pursuant to the October 15, 2025 Order, ECF No. 7, the time for the defendant to answer was extended once to October 30, 2025. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **November 17, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **November 7, 2025**.

SO ORDERED.

Dated:   New York, New York
       November 3, 2025

                                  John G. Koeltl
                             United States District Judge