UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERMAINE J. HOWARD,

                    Plaintiff,                    25-cv-5623 (JGK)

        - against -                               ORDER

SHAWN JAY-Z CARTER,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The plaintiff has sought a certificate of default. The defendant has explained why any default was not willful, there was no prejudice, and the defendant seeks to raise possibly meritorious defenses. Therefore, no default is warranted in this case. The time to respond to the complaint is extended to January 2, 2026.

SO ORDERED.
Dated:     New York, New York
           December 2, 2025

                                    _____
                                           John G. Koeltl
                                    United States District Judge