UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

JERMAINE J. HOWARD,

                     Plaintiff,

      - against -

SHAWN JAY-Z CARTER,

                  Defendant.

————————————————————————————

                    25-cv-5623 (JGK)

                    ORDER

JOHN G. KOELTL, District Judge:

The motion for "required disclosures" (ECF No. 23) is **denied without prejudice** as premature. No discovery requests are timely at this time. <u>See</u> Fed. R. Civ. P. 26(d)(1).

The Clerk is directed to close ECF No. 23. The Clerk is also directed to mail a copy of this order to the <u>pro se</u> plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
         December 23, 2025

                         John G. Koeltl
                 United States District Judge