UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Jermain J. Howard,

                    Plaintiff,

           - against –

Shawn Jay-Z Carter,

                    Defendant.
_____

25-cv-5623 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a motion conference in connection with the defendant's motion to dismiss on **Tuesday, January 14, 2026, at 12:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            January 6, 2026

                                John G. Koeltl
                    United States District Judge