UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

Jermaine J. Howard,

                    Plaintiff,

      - against -

Shawn Jay-Z Carter,

                    Defendant.

———————————————————————

25-cv-5623 (JGK)

**AMENDED ORDER**

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the defendant's motion to dismiss on **Wednesday, January 14, 2026, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The Order on ECF No. 29 is vacated.

SO ORDERED.

Dated:    New York, New York
           January 8, 2026

                                          John G. Koeltl
                          United States District Judge