UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

Jermaine Howard,

                    Plaintiff,

        - against -

Shawn Jay-Z Carter,

                 Defendant.
---

25-cv-5623 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The plaintiff requests that the Court appoint him counsel. ECF No. 34. However, from the papers provided, the Court cannot determine whether the necessary showing for appointment of counsel has been met. The Court of Appeals for the Second Circuit has articulated factors that should guide the Court's discretion to appoint counsel to represent an indigent civil litigant under 28 U.S.C. § 1915. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). For the Court to order the appointment of counsel, the plaintiff must, as a threshold matter, demonstrate that his claim has substance or a likelihood of success on the merits. See Hodge, 802 F.2d at 60-61. Only then can the Court consider the other factors appropriate to the determination of whether counsel should be appointed: "plaintiff's ability to obtain representation independently, and his ability to handle the case

without assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989). The plaintiff has not yet made such a showing. The plaintiff's application for the Court to appoint counsel is therefore **denied without prejudice** for failure to make the required showing at this time.

The Clerk is respectfully directed to close ECF No. 34.

**SO ORDERED.**

**Dated:**   **New York, New York**
       **February 24, 2026**

John G. Koeltl
**United States District Judge**

2