UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JERMAINE J. HOWARD,

                    Plaintiff,                    25-cv-5623 (JGK)

          - against -                             ORDER

SHAWN JAY-Z CARTER,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     The Court has received a series of documents from the plaintiff. The plaintiff represents that these materials include documents he received from the defendant and that they contain a private contact number for the defendant.

     It is unclear whether these documents were in fact sent by the defendant. It is also unclear whether the materials submitted to the Court have been provided to counsel for the defendant. Accordingly, the Court will file these materials under seal and will not consider them.

     The defendant is represented by counsel in this case. If the plaintiff has any need to contact the defendant, he should do so through the defendant's counsel: Jordan W. Siev, Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022. The plaintiff may also consult defense counsel to determine whether the documents he received were in fact sent by the defendant.

The plaintiff may also wish to consult the City Bar Justice Center, whose information is attached to this Order.

.

SO ORDERED.
Dated:    New York, New York
          March 13, 2026

_____
                John G. Koeltl
      United States District Judge

2

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.
- Our online Intake Form is accessible via one of these methods:
    - Scan the QR code to the right.
    - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794**, leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including **mediation**)

 **Reviewing drafted pleadings** and correspondence with the Court