UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE J. HOWARD,

Plaintiff,

-against-

SHAWN "JAY-Z" CARTER.,

Defendant.

25 CIVIL 05623 (JGK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 10, 2026, the defendant's motion for dismissal is granted with prejudice. The defendant's cross-motion to designate the plaintiff a vexatious litigant is denied. Judgment is entered dismissing the Amended Complaint with prejudice. Accordingly, the case is closed

**Dated:** New York, New York
July 10, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**